AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JAMES P. JENKINS

V.

PORTFOLIO RECOVERY ASSOCIATES, LLC

CASE NUMBER: 1:15-cv-01124

ASSIGNED JUDGE: Hon. Virginia M. Kendall

DESIGNATED MAGISTRATE JUDGE: Hon. Young B. Kim

TO: (Name and address of Defendant)

Portfolio Recovery Associates, LLC
c/o Registered Agent: Illinois Corporation Service
801 Adlai Stevenson Drive
Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ahmad T. Sulaiman
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523

an answer to the complaint which is herewith served upon you, within    21    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.Thom

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

THOMAS G. BRUTON, CLERK

THOMAS G. BRUTON, CLERK
(By) DEPUTY CLERK



DATE
February 11, 2015

DATE

# RETURN OF SERVICE

State of Illinois    County of United States District Court    Northern District Of Illinois Court

Case Number: 115CV01124

Plaintiff:
**James P. Jenkins**

vs.

Defendant:
**Portfolio Recovery Associates, LLC**

For:
Sulaiman Law Group, Ltd
900 Jorie Boulevard
Suite 150
Oak Brook, IL 60523

Received by Courthouse Courier on the 13th day of February, 2015 at 3:00 pm to be served on **Portfolio Recovery Services, Llc C/O Registered Agent: Illinois Corporation Service, 801 Adlai Stevenson Drive, Springfield, IL 62703**.

I, Trevor Baldwin, do hereby affirm that on the **13th day of February, 2015 at 4:30 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **Complaint and Summons, Exhibit A** with the date and hour of service endorsed thereon by me, to: **La Shawn Devos** as **Operation Specialist** at the address of: **801 Adlai Stevenson Dr., Springfield, IL 62703**, who stated they are authorized to accept service for **Portfolio Recovery Services, Llc**, and informed said person of the contents therein, in compliance with all applicable law.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 200, Hair: Blonde, Glasses: N

I being first duly sworn on oath, states that I am over 18 years of age and not a party to this lawsuit, and am a registered employee of Bill Clutter Investigations, Inc., a private detective agency, (Lic. #117-001206) under the Private Detective and Security Act of 1993. Under penalties of perjury as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct.

Trevor Baldwin
Process Server

**Courthouse Courier**
**1032 S. 2nd Street**
**Springfield, IL 62704**
**(217) 528-5997**

Our Job Serial Number: CLU-2015000795

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m